| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>05/16/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual     ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | SG Seafood Holdings, Inc., Boston, MA (closely held ▨ seafood business) a MA corporation. |
| 2. | Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child-welfare agency) |
| 3. | Power of Attorney/Trustee (see NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of SG Seafood Holdings Inc., ▨ |
| 4. | | ▨ ▨ |
| 5. | Trustee | Irrevocable Trust (created in connection with the estate plan ▨ ▨ |
| 6. | Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan ▨ ) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. August 19 | SG Seafood Holdings, Inc. (Closely held ▨ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | | | | reimbursement for lodging and travel by train w/spouse from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/23/12 at Waldorf Astoria |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SG Seafood Holdings, Inc. (a MA corporation) (common stock) | A | | P1 | Q | | | | | See Section VIII |
| 2. | Fidelity Cash Reserves (individual) | A | Dividend | K | T | | | | | |
| 3. | Fidelity Money Market Accounts (POA,trustee) | A | Dividend | N | T | | | | | |
| 4. | Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 5. | Lowes Cos. Inc. | | | | | Sold | 1/13/12 | J | | |
| 6. | Ross Stores Inc. | | | | | Sold | 1/13/12 | J | B | |
| 7. | McDonalds Corp. | | | | | Buy | 1/13/12 | J | | |
| 8. | Nike Inc. CL B | | | | | Buy | 1/13/12 | J | | |
| 9. | Abbott Labs | | | | | Sold | 2/17/12 | J | A | |
| 10. | American Express Co. | | | | | Buy | 2/17/12 | J | | |
| 11. | Google Inc. CLA | | | | | Sold | 2/23/12 | J | A | |
| 12. | Oracle Corp. | | | | | Buy | 2/23/12 | J | | |
| 13. | Western Union Co. | | | | | Buy | 2/23/12 | J | | |
| 14. | Procter & Gamble Company | | | | | Sold | 3/2/12 | J | C | |
| 15. | Gilead Sciences | | | | | Buy | 3/2/12 | J | | |
| 16. | UnitedHealth Group Inc. | | | | | Buy | 3/2/12 | J | | |
| 17. | JPM CAP XXVIII VAR RATE 7.20% fixed 12/22/14 | | | | | Sold | 7/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Netapp Inc. | | | | | Sold | 8/1/12 | J | | |
| 19. Fresenius Medical Care AG ADR | | | | | Buy | 8/1/12 | J | | |
| 20. Novo-Nordisk AS ADR-B | | | | | Buy | 8/1/12 | J | | |
| 21. Wells Fargo * Co. New | | | | | Buy | 9/7/12 | J | | |
| 22. Western Union Co. | | | | | Sold (part) | 10/31/12 | J | | |
| 23. Western Union Co. | | | | | Sold (part) | 11/6/12 | J | B | |
| 24. Boston Financial Management, Inc. IRA | F | Distribution | P1 | T | | | | | See Section VIII |
| 25. Dodge & Cox FDS INTL STK FD | | | | | Sold | 1/13/12 | J | | |
| 26. Lowes Cos. Inc. | | | | | Sold | 1/13/12 | J | | |
| 27. Diageo PLC ADR | | | | | Buy | 1/13/12 | J | | |
| 28. McDonalds Corp. | | | | | Buy | 1/13/12 | K | | |
| 29. HCP Inc. | | | | | Buy | 2/17/12 | J | | |
| 30. Hewlett Packard Co. | | | | | Sold | 2/24/12 | K | | |
| 31. Google Inc. CL A | | | | | Sold | 2/23/12 | K | C | |
| 32. Oracle Corp. | | | | | Buy | 2/28/12 | J | | |
| 33. Western Union Co. | | | | | Buy | 2/28/12 | J | | |
| 34. Procter & Gamble Company | | | | | Sold | 3/2/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gilead Sciences | | | | | Buy | 3/7/12 | J | | |
| 36. UnitedHealth Group Inc. | | | | | Buy | 3/7/12 | J | | |
| 37. Walgreen Company | | | | | Sold | 3/14/12 | K | | |
| 38. American Express Co. | | | | | Buy | 3/14/12 | K | | |
| 39. Walmart Stores, Inc. | | | | | Sold | 4/5/12 | K | | |
| 40. DirecTV Holdings | | | | | Buy | 4/5/12 | K | | |
| 41. Nextera Energy Capital Ser | | | | | Buy | 4/17/12 | J | | |
| 42. Enbridge Corp. | | | | | Buy | 4/18/12 | J | | |
| 43. Anheuser-Busch INBEV | | | | | Buy | 4/27/12 | K | | |
| 44. Teva Pharmaceutical Inds. | | | | | Sold | 5/10/12 | J | | |
| 45. Gilead Sciences | | | | | Buy | 5/10/12 | J | | |
| 46. Total S A ADR | | | | | Buy | 5/10/12 | J | | |
| 47. UnitedHealth Group Inc. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 48. JPM CAP XXVIII VAR RATE 7.20% FIXED 12/22/14 | | | | | Sold | 7/12/12 | J | | |
| 49. Federal Home Loan Mortgage Corp. | | | | | Sold | 7/16/12 | K | | |
| 50. Netapp Inc. | | | | | Sold | 8/6/12 | K | | |
| 51. Fresenius Medical Care AG ADR | | | | | Buy | 8/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Novo-Nordisk AS ADR-B | | | | | Buy | 8/6/12 | J | | |
| 53. GECC PFD 6% C 4/24/12 | | | | | Sold | 8/16/12 | J | A | |
| 54. Wells Fargo & Co. New | | | | | Buy | 9/12/12 | J | | |
| 55. Oneok Partners LP | | | | | Buy | 10/2/12 | K | | |
| 56. IBM Intl Group CAP | | | | | Sold | 10/22/12 | K | | |
| 57. Western Union Co. | | | | | Sold | 11/5/12 | J | B | |
| 58. Abbott Laboratories | | | | | Sold | 11/30/12 | K | | |
| 59. ADT Corp. | | | | | Buy | 12/20/12 | J | | |
| 60. Boston Financial Management, Inc. revocable trust | C | Int./Div. | M | T | | | | | See Section VIII |
| 61. Lowes Cos. Inc. | | | | | Sold | 1/19/12 | J | | |
| 62. American Express Co. | | | | | Buy | 2/23/12 | J | | |
| 63. HSBC Holdings PLC ADR | | | | | Buy | 2/23/12 | J | | |
| 64. Westwood, MA-GO | | | | | Buy | 3/8/12 | K | | |
| 65. Peabody Energy Corp. | | | | | Sold | 5/8/12 | J | | |
| 66. Automatic Data Processing | | | | | Sold | 7/5/12 | J | A | |
| 67. Sigma Aldrich Corp. | | | | | Sold | 7/5/12 | J | B | |
| 68. Western Union Co. | | | | | Sold (part) | 11/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Western Union Co. | | | | | Sold (part) | 11/9/12 | J | B | |
| 70. Boston Financial Mangement, Inc. revocable trust | B | Int./Div. | K | T | | | | | See Section VIII |
| 71. Teva Pharmaceutical Inds. | | | | | Sold | 5/10/12 | J | | |
| 72. Peabody Energy Corp. | | | | | Sold | 5/18/12 | J | | |
| 73. Wells Fargo & Co. New | | | | | Buy | 9/12/12 | J | | |
| 74. Western Union Co. | | | | | Sold (part) | 11/5/12 | J | A | |
| 75. Western Union Co. | | | | | Sold | 11/9/12 | J | A | |
| 76. Bank of America | A | Interest | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 3 - NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of SG Seafood Holdings, Inc. ("Holdings") which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Part VII, Line 4 - in 1997 ⬛⬛⬛⬛⬛⬛⬛ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 4, 24, 60 and 70 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #1.

Part VII, Line 24 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report
Nathaniel M. Gorton
May 15, 2013
Attachment #1

All of the listed holdings as of 12/31/12 are of common stock unless otherwise noted.

ADT Corp.
Abbott Labs (stocks & bond)
Air Products & Chemicals, Inc.
American Express Co. (stocks & bond)
Anadarko Pete Corp.
Anheuser Busch Corp.
Automatic Data Processing, Inc.
Avalonbay Communities, Inc.
Avon Products, Inc. (bond)
Chubb Corp.
Citrix Systems, Inc.
Coca Cola Co.
Costco Wholesale Corp
CVS Corp.
Devon Energy Corp.
Diageo PLC-Sponsored ADR
DirecTV Holdings (bond)
Emerson Electric Co.
Enbridge Corp.
Exxon -Mobil Corp.
Fresenius Medical Care AG ADR
Georgia Power Co. (Bond)
Gilead Sciences Corp.
Google Inc.
Gulf Power Co. (pfd)
HCP, Inc.
Health Care REIT, Inc. (pfd)
HSBC Holdings (pfd-CL and stock)
Intel Corp.
Johnson & Johnson

Market Vectors Gold Miners ETF
Matthews Asia Small Cos.
McCormick & Co., Inc.
McDonalds Corp.
National Rural Utilities (bond)
Nextera Energy Corp.   .
Nike, Inc.          .
Novo-Nordisk AS ADR-B
Oneok Parrtners, LP (bond)
Oracle Corp.
Pepsico, Inc.
Pitney Bowes, Inc. (bond)
Procter & Gamble Co.
Public Storage, Inc. (stock & pfd)
RPM. Inc. (Ohio)
Ross Stores, Inc.
Royce Fund Penn Mut Inv.
SBC Communications, Inc. (bond)
Sigma Aldrich Corp.
SPDR Gold Trust
Stryker Corp.
Total SA ADR
UnitedHealth Group, Inc.
United Parcel Service, Inc.
United Technologies, Inc.
Vodafone Group, Inc.
Wells Fargo & Co.        .        .
Westwood, MA (Town of)
       (municipal bond)

Equity holdings based on indices:
       IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
       IShares, Inc. MSCI Emerging Market Index
       IShares, Inc. Russell 2000 Index